MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| MART ALBERT HAITJEMA AND ELAINE WAIYIN CHOW, | ) | Bankruptcy No. 25-30702 |
| Debtors. | ) | HON. HANNAH L. BLUMENSTIEL |

**EX PARTE MOTION TO EXTEND TIME TO**
**<u>FILE SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN</u>**

Debtors hereby move this court for an extension of time to file schedules, statement of financial affairs, statement of current monthly income and a Chapter 13 Plan. The case was filed on September 4, 2025.

The debtor makes this motion pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007 (c) which provides that an extension of time for filing schedules and statements may be granted on motion for cause shown and on notice to United States Trustee and committee elected pursuant to Section 705 or appointed pursuant to Section 1102 of the Code, trustee, examiner, or other party as the court may direct.

The debtors seek a twenty-one (21) day extension of time for the reason debtors' finances are multi-layered and the necessary supporting documents are taking time to assemble and analyze . Notice of this motion has been given to the United States Trustee

and to David Burchard, Chapter 13 Trustee.

WHEREFORE, the Debtors move the court to enter an order granting a twenty-one (21) day extension of time for the filing of the schedules, statements, and Chapter 13 Plan.

MORAN LAW GROUP

Date: 9/18/2025

/s/ CATHLEEN COOPER MORAN

CATHLEEN COOPER MORAN
Attorney for Debtors

Case: 25-30702 Doc# 12 Filed: 09/18/25 Entered: 09/18/25 14:01:49 Page 2 of 2