MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
(650) 694-4700

Attorney for DebtorS

**Signed and Filed: April 8, 2026**



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                                              )         Chapter 13
                                                    )
MART ALBERT HAITJEMA AND ,          )         Bankruptcy No.  25-30702
ELAINE WAIYIN CHOW                          )
                                                    )         R.S: SBL -001
                                                    )
                                                    )         Date:  April 16 ,2026
                                                    )         Time: 1:00 p.m.
                                                    )         Place: via Tele/Videoconference
                                                    )
                                                    )
                            Debtors.            )
_____ )         HON .HANNAH L. BLUMENSTIEL

### ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY

The Court having reviewed the Stipulation between the parties to continue the Hearing on the Motion for Relief from Stay.

IT IS HEREBY ORDERED that the hearing on the motion will now be held on **April 30, 2026 at  1:00 p.m.**

**END OF ORDER**

# COURT SERVICE LIST

All participants are ECF filers.

Case: 25-30702    Doc# 38    Filed: 04/08/26    Entered: 04/08/26 15:34:56    Page 2 of 2