**Entered on Docket**
**April 30, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: April 30, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**Diemer & Wei, LLP**
Kathryn S. Diemer, 133977
Susan B. Luce, SBN 120843
55 South Market St., Ste 1420
San Jose, CA  95113
Tel: 408-971-6270
Fax:408-971-6271
kdiemer@diemerwei.com
sluce@diemerwei.com

Attorneys for Movants

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>**MART ALBERT HAITJEMA and ELAINE WAIYIN CHOW,**<br><br>**Debtors** | **Case No. 25-30702 – 13 – HLB**<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY TO COMPLETE STATE COURT LITIGATION**<br>**and**<br>**WAIVER OF BANKRUPTCY RULE 4001(a)(4)**<br><br>**Date:  April 30, 2026**<br>**Time:  1:00 P.M. (PDT)**<br>**Place:  in/via Tele/Videoconference**<br>**_____ZOOM only**<br><br>**Honorable Hannah L. Blumenstiel** |

The Motion for Relief from Stay to Complete State Court Litigation and Request for Waiver of Bankruptcy Rule 4001(a)(4) came on for hearing at the date and time noted above. Appearances were noted on the record and arguments of the Parties were heard.

Based upon the Motion, the supporting documents and the representations of Counsel in this matter, the Court finds that cause exists under 11 U.S.C. 362(d)(1) to grant relief.

**IT IS ORDERED THAT:**

The Motion for Relief from Stay is Granted.

The Request for waiver of the stay of an Order provided by Federal Rule of Procedure 4001(a)(4) is Granted.

**\*\*\*\*END OF ORDER\*\*\*\***

**COURT SERVICE LIST**

**ECF RECIPIENTS ONLY.**