MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                                          ) Chapter 13
                                                )
MART ALBERT HAITJEMA AND        ) Bankruptcy No. 25-30702
ELAINE WAIYIN CHOW,                   )
                                                )
                                                )
                                                )
                                                )
                  Debtors.                  )
_____ ) HON. HANNAH L. BLUMENSTIEL

**<u>AMENDMENT TO SCHEDULES AB</u>**

The debtors hereby amend the schedules in this case as attached hereto and

declares under penalty of perjury that those matters set forth in the amendments are true

and correct to the best their knowledge and belief.

Date: _5/4/2026_____          /s/ Mart Albert Haitjema
                                             _____
                                             MART ALBERT HAITJEMA

Date: _5/4/2026_____           /s/ Elaine Chow
                                             _____
                                             ELAINE WAIYAN CHOW

| Debtor 1 | **Mart** | **Albert** | **Haitjema** |
|----------|----------|------------|--------------|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | **Elaine** | **WaiYin** | **Chow** |
|----------|----------|------------|--------------|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **California**

Case number **25-30702**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **1919 Broderick St.**
   Street address, if available, or other description

   **San Francisco, CA 94115**
   City        State        ZIP Code

   **San Francisco**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☑ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $1,761,480.00 | $1,761,480.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee interest**

   ☑ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................... ➜ | **$1,761,480.00** |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 2 of 12

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **BMW**

Model: **XDrive 30i**

Year: **2019**

Approximate mileage: **58000**

Other information:

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $21,991.00 | $21,991.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No

   ☐ Yes

   4.1  Make: _____

   Model: _____

   Year: _____

   Other information:

   Who has an interest in the property? Check one.
   - ☐ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another
   - ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   |  |  |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................................... ➡  $21,991.00

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........  **furniture, appliances**          $3,500.00

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........  **2 laptops, 2 TVs, 2 cellphones**          $1,800.00

Case: 25-30702    Doc# 44    Filed: 05/04/26    Entered: 05/04/26 17:17:42    Page 3 of 12

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........   **skis, tennis rackets**   $200.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   **wearing apparel and accessories**   $500.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........   **engagement ring, wedding band**   $6,000.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........   **Pet English Bulldog**   $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................................................➜   $12,000.00

---

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 4 of 12

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ........................................................................................................................... Cash: ..................          **$200.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................          Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | **Bank of America** <br> **Account Number: -2653** | **$12,771.22** |
| 17.2. Checking account: | **Chase** <br> **Account Number: -5408** | **$1,030.37** |
| 17.3. Checking account: | **SoFi** <br> **Account Number: -4146** | **$2,858.85** |
| 17.4. Checking account: | **Wells Fargo** | **$906.99** |
| 17.5. Savings account: | **Bank of America** <br> **Account Number: -3403** | **$288.46** |
| 17.6. Savings account: | **Chase** <br> **Account Number: -5758** | **$4,132.97** |
| 17.7. Savings account: | **SoFi** <br> **Account Number: -1693** | **$29,576.90** |
| 17.8. Savings account: | **Wells Fargo Way2Save** | **$377.07** |
| 17.9. Other financial account: | **Robinhood** <br> **Account Number: -0653** | **$9.47** |
| 17.10. Other financial account: | **Robinhood #** <br> **Account Number: XXXXX2340** | **$5,028.20** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes .....................          Institution or issuer name:

| | |
|---|---:|
| **Fidelity Stock** | **$1,609.45** |
| **Walmart Associate Stock Purchase Plan** | **$8,124.36** |

Case: 25-30702     Doc# 44     Filed: 05/04/26     Entered: 05/04/26 17:17:42     Page 5 of 12

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific
       information about
       them....................    Name of entity:                                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No

    ☑ Yes. Give specific
       information about
       them....................    Issuer name:

    | | |
    |---|---|
    | **Microsoft Stock Options 488 (Unvested)** | **unknown** |
    | **Walmart RSUs 1123 (Unvested)** | **unknown** |

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
       account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | **Broadcom Charles Schwab 401K; Value: $42,000.75 (NOT PROPERTY OF THE ESTATE)** | **$0.00** |
    | 401(k) or similar plan: | **CISCO 401K; Value: $192,226.18 (NOT PROPERTY OF THE ESTATE)** | **$0.00** |
    | 401(k) or similar plan: | **Fidelity CSS 401K NOT PROPERTY OF ESTATE balance $10,690** | **$0.00** |
    | 401(k) or similar plan: | **Fidelity Grove Collaborative; Value: $76,223.57; (NOT PROPERTY OF THE ESTATE)** | **$0.00** |
    | 401(k) or similar plan: | **Microsoft 401K; Value: $152,442.81 (NOT PROPERTY OF THE ESTATE)** | **$0.00** |
    | 401(k) or similar plan: | **Walmart 401K; Value: $206,542.25 (NOT PROPERTY OF THE ESTATE)** | **$0.00** |
    | IRA: | **Wells Fargo Brokerage IRA** | **$0.13** |
    | IRA: | **Wells Fargo WellsTrade IRA -1603** | **$168,786.49** |

Case: 25-30702    Doc# 44    Filed: 05/04/26    Entered: 05/04/26 17:17:42    Page 6 of 12

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................... Institution name or individual:

| | |
|---|---|
| Electric: | |
| Gas: | |
| Heating oil: | |
| Security deposit on rental unit: | |
| Prepaid rent: | |
| Telephone: | |
| Water: | |
| Rented furniture: | |
| Other: | |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☑ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **BrightStart 529 acct.** | **$702.00** |
| **California Scholarshare | 529 account for son** | **$209.00** |

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 7 of 12

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ...

    Company name:            Beneficiary:            Surrender or refund value:

    _____            _____            _____

    _____            _____            _____

    _____            _____            _____

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 8 of 12

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..............    Possible Bad Faith Claim vs. Insurer    $0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ..............    HSA Fidelity    $11,682.00

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........    Microsoft ESPP Fidelity    $5,265.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................    →    $253,558.93

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 9 of 12

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ............................................................................................... ➔ | $0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.**                         |

Case: 25-30702   Doc# 44   Filed: 05/04/26   Entered: 05/04/26 17:17:42   Page 10 of 12

**46.**  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**47.**  **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

**48.**  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

**49.**  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

**50.**  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

**51.**  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

**52.**  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...............................................................................................➡  **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53.**  **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............

Coinbase 892920653                                                                           **$9.00**

designer purses                                                                              **$8,400.00**

**54.**  **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................................➡  **$8,409.00**

Case: 25-30702    Doc# 44    Filed: 05/04/26    Entered: 05/04/26 17:17:42    Page 11 of 12

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ..................................................................................➜   **$1,761,480.00**

56.  **Part 2: Total vehicles, line 5**                                          $21,991.00

57.  **Part 3: Total personal and household items, line 15**                     $12,000.00

58.  **Part 4: Total financial assets, line 36**                                 $253,558.93

59.  **Part 5: Total business-related property, line 45**                        $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**              $0.00

61.  **Part 7: Total other property not listed, line 54**              **+**    $8,409.00

62.  **Total personal property.** Add lines 56 through 61. ...............    $295,958.93    Copy personal property total ➜  **+** $295,958.93

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................  **$2,057,438.93**

Case: 25-30702    Doc# 44    Filed: 05/04/26    Entered: 05/04/26 17:17:42    Page 12 of 12