MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re: ) Chapter 13
)
MART ALBERT HAITJEMA AND ) Bankruptcy No. 25-30702
ELAINE WAIYIN CHOW, )
)
)
)
Debtors. )
_____ ) HON. HANNAH L. BLUMENSTIEL

**AMENDMENT TO SCHEDULE C**

The debtors hereby amend the schedules in this case as attached hereto and

declares under penalty of perjury that those matters set forth in the amendments are true

and correct to the best their knowledge and belief.


Date: 5/4/2026 /s/ Mart Albert Haitjema
MART ALBERT HAITJEMA

Date: 5/4/2026 /s/ Elaine Chow
ELAINE WAIYAN CHOW

Case: 25-30702    Doc# 45    Filed: 05/04/26    Entered: 05/04/26 17:22:54    Page 1 of 4

Fill in this information to identify your case:

| Debtor 1 | **Mart** | **Albert** | **Haitjema** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elaine** | **WaiYin** | **Chow** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**California**_____

Case number **25-30702**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1919 Broderick St. San Francisco, CA 94115**<br><br>Line from *Schedule A/B:* **1.1** | **$1,761,480.00** | ☑ **$409,078.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| Brief description: **2019 BMW XDrive 30i**<br><br>Line from *Schedule A/B:* **3.1** | **$21,991.00** | ☑ **$8,625.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |

3. **Are you claiming a homestead exemption of more than $214,000?**

    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ❑ No

    ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☑ No

        ❑ Yes

Case: 25-30702    Doc# 45    Filed: 05/04/26    Entered: 05/04/26 17:22:54    Page 2 of 4

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **furniture, appliances**<br>Line from *Schedule A/B:* **6** | **$3,500.00** | ☑ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **2 laptops, 2 TVs, 2 cellphones**<br>Line from *Schedule A/B:* **7** | **$1,800.00** | ☑ **$1,800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **skis, tennis rackets**<br>Line from *Schedule A/B:* **9** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **wearing apparel and accessories**<br>Line from *Schedule A/B:* **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **engagement ring, wedding band**<br>Line from *Schedule A/B:* **12** | **$6,000.00** | ☑ **$6,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| Brief description: **SoFi**<br>**Savings account**<br>**Acct. No.: -1693**<br>Line from *Schedule A/B:* **17** | **$29,576.90** | ☑ **$16,378.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| Brief description: **SoFi**<br>**Checking account**<br>**Acct. No.: -4146**<br>Line from *Schedule A/B:* **17** | **$2,858.85** | ☑ **$2,858.85**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |

Case: 25-30702   Doc# 45   Filed: 05/04/26   Entered: 05/04/26 17:22:54   Page 3 of 4

| Debtor 1 | Mart | Albert | Haitjema | | Case number *(if known)* 25-30702 |
|---|---|---|---|---|---|
| Debtor 2 | Elaine | WaiYin | Chow | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wells Fargo WellsTrade IRA -1603**<br>Line from *Schedule A/B:* **21** | **$168,786.49** | ☑ **$168,786.49**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description: **Wells Fargo Brokerage IRA**<br>Line from *Schedule A/B:* **21** | **$0.13** | ☑ **$0.13**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description: **California Scholarshare**<br>Line from *Schedule A/B:* **24** | **$209.00** | ☑ **$209.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.105(a)** |

Case: 25-30702    Doc# 45    Filed: 05/04/26    Entered: 05/04/26 17:22:54    Page 4 of 4