MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                                          )    Chapter 13
                                                )
MART ALBERT HAITJEMA AND        )    Bankruptcy No. 25-30702
ELAINE WAIYIN CHOW,                )
                                                )
                                                )
                                                )
                                                )
                      Debtors.            )
_____ )    HON. HANNAH L. BLUMENSTIEL

### DEBTORS' OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

Debtors oppose the trustee's motion to dismiss this case for unreasonable delay that is prejudicial to creditors.  Debtors are highly compensated individuals with complex compensation schemes, which have made means test issues difficult.  They have cooperated with counsel, who has experienced health and family issues for much of the duration of this case which has slowed progress on this case. The debtors personal situation has also been in flux, making projections of future income and expense uncertain.

Debtors have filed amended property and exemption schedules and supplied the trustee with the information sought. An amended means test schedule is out for signature by the debtors.

Debtors are current with their payments .  Over the course of the case, counsel has spent more than 40 hours on this case.

Case: 25-30702    Doc# 46    Filed: 05/11/26    Entered: 05/11/26 14:32:04    Page 1 of 2

As experienced by this court, one of debtors' largest creditors is a neighbor with whom the debtors have a long running and bitter dispute. Debtors have successfully defeated an non dischargeabilty suit filed by the neighbors. It appears likely that a contested confirmation hearing on the issue of good faith will be necessary. Efforts to reach an accord between the parties have been unsuccessful.

Counsel is scaling back her practice significantly and debtors are working to seek replacement counsel.

They oppose the dismissal of this case in light of the efforts that have gone into the case and the need for debtors and creditors to achieve a resolution of the disputes herein.

MORAN LAW GROUP

Date: _____5/11/2026_____

/s/ CATHLEEN COOPER MORAN
_____
CATHLEEN COOPER MORAN
Attorney for Debtors