Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Mart Albert Haitjema
Elaine Waiyin Chow

Chapter 13 Case Number:
25-30702-HLB13

Debtors(s)

## NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR UNREASONABLE DELAY

*TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN*

*that a Hearing will be held on June 17, 2026 at 1:00 pm.* This hearing will be conducted only via Zoom. The

court's website offers information explaining how to arrange an appearance at a video hearing . If you have

questions about how to participate in a video hearing , you may contact the court by calling 888-821-7606 or by

using the Live Chat feature on the court's website .

Trustee's Motion to Dismiss Chapter 13 Case for Unreasonable Delay

Date: May 14, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Mart Albert Haitjema
1919 Broderick St.
San Francisco, Ca 94115

Case: 25-30702   Doc# 48   Filed: 05/14/26   Entered: 05/14/26 15:15:08   Page 1 of 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 14, 2026 /s/Selesia Fredotovich

Selesia Fredotovich

Mart Albert Haitjema
Elaine Waiyin Chow
1919 Broderick St.
San Francisco,CA 94115

Cathleen Cooper Moran
Moran Law Group
643 Bair Island Road Ste 403
Redwood City,CA 94063

(Debtor(s))

(Counsel for Debtor)

Hsbc Bank Usa, Wells Fargo Bank Na
Attn Bk Dept,Mac N9286-01Y, Default
Doc Processing, P O Box 1629
Minneapolis, MN 55440

Jefferson Capital Systems Llc

P O Box 7999
St Cloud, MN 56302

Wells Fargo Bank Na
Attn Payment Processing
1 Home Campus, Mac# F2302-04C
Des Moines, IA 50328
(Creditor)

Farella, Braun, And Martell
1 Bush St 900
San Francisco, CA 94104
(Creditor)

Computershare Delaware Trust Co
Newrez Llc Dba Shellpoint Mortgage
Po Box 10826
Greenville, SC 296030826
(Creditor)

George Yu / Frances Ho

1921 Broderick Street
San Francisco, CA 94115
(Creditor)

Wai Fong Chow
6810 W Saddlehorn Road
Peoria, AZ 85383
(Creditor)

Moscone, Elblidge & Rubens
423 Washington 700
San Francisco, CA 94111
(Creditor)

Jefferson Capital Systems Llc

P O Box 772813
Chicago, IL 606772813
(Creditor)