Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Sarah Velasco, #255873, Staff Attorney
Brisa C. Ramirez #261480, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266-5580
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Mart Albert Haitjema
Elaine Waiyin Chow

Chapter 13 Case No. 25-30702-HLB13

debtor(s)

## CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

Martha G. Bronitsky, Chapter 13 Standing Trustee ("Trustee"), objects to the Debtor's

claim of exemptions.

The Trustee requests, that the Court take judicial notice of its own records in the case

herein in support of the facts set forth below. Fed.R.Evid.201.

## BACKGROUND & ANALYSIS

1. Debtor filed this case on September 04, 2025.

2. California is an opt-out state. Debtors may not take the federal exemptions contained

in 11 U.S.A § 522(D). Cal Code Civ. Proc. § 703.130.  California offers debtors alternative

exemption schemes-one based on California's regular judgment exemptions.

(Cal. Code Civ. Proc.  §§ 703.010 to 704.995, hereafter the "regular exemptions") and

another substantially similar to the federal bankruptcy exemptions (Cal. Code Civ. Proc. §

703.140(b), hereafter the "special exemptions").  Cal Code Civ. Proc § 703.140. In

California, debtors in bankruptcy can choose either the regular exemptions or special

Case: 25-30702   Doc# 50   Filed: 05/18/26   Entered: 05/18/26 15:09:33   Page 1 of 3

special exemptions. Cal. Code Civ. Proc. § 703.140.

3. Debtor exempts Wells Fargo WellsTrade IRA in the amount of $168,786.49 and Wells Fargo Brokerage IRA in the amount of .13 under 11 U.S.C. Section 522(n). Section 522(n) is not an exemption statute but a limitation on an retirement exemption claimed under 11 U.S.C. 522(d) and California exemptions. Schedule C should be amended to exempt the retirement accounts under C.C.P. Section 704.

### **CONCLUSION**

WHEREFORE, the Trustee respectfully objects to the Debtor's claimed exemptions.  A hearing shall be set, when and if necessary, based on further investigation and analysis.

RESPECTFULLY SUBMITTED

Date: May 18, 2026

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In re

Mart Albert Haitjema
Elaine Waiyin Chow

debtor(s)

Chapter 13 Case No.
25-30702-HLB13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mart Albert Haitjema
1919 Broderick St.
San Francisco,CA 94115

Elaine Waiyin Chow
1919 Broderick St.
San Francisco,CA 94115

(Debtor(s))

Cathleen Cooper Moran
Moran Law Group
643 Bair Island Road Ste 403
Redwood City,CA 94063

(Counsel for Debtor)

Date: May 18, 2026

/s/ Olga Gonzalez
Olga Gonzalez