Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Mart Albert Haitjema
Elaine Waiyin Chow

Chapter 13 Case Number:
25-30702-HLB13

Debtors(s)

## NOTICE OF HEARING DATE, TIME AND LOCATION ON OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

*TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN*

*that a Hearing will be held on June 17, 2026 at 1:00 pm.* This hearing will be conducted only via Zoom. The

court's website offers information explaining how to arrange an appearance at a video hearing. If you have

questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by

using the Live Chat feature on the court's website.

PLEASE TAKE NOTICE that any opposition shall be filed and served on the initiating party at least 14 days

prior to the actual scheduled hearing date as indicated above. Any reply from the initiating party shall be filed

and served at least 7 days prior to the actual scheduled hearing date as indicated above.

DEBTORS MUST APPEAR PERSONALLY OR BY COUNSEL AT THE TIME AND PLACE SPECIFIED

ABOVE FOR THE HEARING ON THIS MATTER. IN THE EVENT DEBTORS FAILS TO APPEAR,

EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS OBJECTION, THE RELIEF

REQUESTED MAY BE GRANTED WITHOUT FURTHER PROCEEDING.

Objection to Debtor's Claim of Exemptions

Date: May 19, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Mart Albert Haitjema
1919 Broderick St.
San Francisco, Ca 94115

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 19, 2026                                    /s/Olga Gonzalez
                                                Olga Gonzalez


Mart Albert Haitjema                            Cathleen Cooper Moran
Elaine Waiyin Chow                              Moran Law Group
1919 Broderick St.                              643 Bair Island Road Ste 403
San Francisco,CA 94115                          Redwood City,CA 94063

(Debtor(s))                                     (Counsel for Debtor)


Hsbc Bank Usa, Wells Fargo Bank                 Jefferson Capital Systems Llc
Na
Attn Bk Dept,Mac N9286-01Y,                     P O Box 7999
Default                                         St Cloud, MN  56302
Doc Processing, P O Box 1629
Minneapolis, MN  55440


Wells Fargo Bank Na                             Farella, Braun, And Martell
Attn Payment Processing                         1 Bush St 900
1 Home Campus, Mac# F2302-04C                    San Francisco, CA  94104
Des Moines, IA  50328                           (Creditor)
(Creditor)
                                                George Yu / Frances Ho

Computershare Delaware Trust Co
Newrez Llc Dba Shellpoint Mortgage              1921 Broderick Street
Po Box 10826                                    San Francisco, CA  94115
Greenville, SC  296030826                       (Creditor)
(Creditor)
                                                Moscone, Elblidge & Rubens
                                                423 Washington 700
Wai Fong Chow                                   San Francisco, CA  94111
6810 W Saddlehorn Road                          (Creditor)
Peoria, AZ  85383
(Creditor)


Jefferson Capital Systems Llc


P O Box 772813
Chicago, IL  606772813
(Creditor)