MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MART ALBERT HAITJEMA AND ELAINE WAIYIN CHOW, | ) ) | Bankruptcy No. 25-30702 |
| | ) | Date: June 17, 2026 |
| | ) | Time: 1:00 p.m. |
| | ) | Place: in/via/Tele/Video conference |
| Debtors. | ) | |
| _____ | ) | HON. HANNAH L. BLUMENSTIEL |

**MOTION OF MORAN LAW GROUP TO WITHDRAW AS**
**<u>COUNSEL OF RECORD</u>**

    The Moran Law Group, Inc. ("Moran"), moves the court for an order relieving it as attorney for the debtors in this bankruptcy case.

    The motion is based on this motion, declaration and the points and authorities filed herewith.

MORAN LAW GROUP

Date: 5/20/2026 _____    /s/  CATHLEEN COOPER MORAN
                                CATHLEEN COOPER MORAN