MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                                          )       Chapter 13
                                                )
MART ALBERT HAITJEMA AND      )       Bankruptcy No. 25-30702
ELAINE WAIYIN CHOW,                 )
                                                )       Date: June 17, 2026
                                                )       Time: 1:00 p.m.
                                                )       Place: in/via/ Tele/Video conference
                    Debtors.                 )
_____ )       HON. HANNAH L. BLUMENSTIEL

**POINTS AND AUTHORITIES IN SUPPORT OF MORAN LAW GROUP'S
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The provisions of the California Rules of Professional Conduct, Rule 1.16, subdivision (b) permits the withdrawal of counsel when the attorney client relationship has broken down rendering it unreasonably difficult for the lawyer to carry out the representation effectively.

Movant and debtors are no longer communicating effectively about the case; the mutual trust and candor that this representation requires is no longer present.

California Rules of Professional Conduct 1.16 (b)(4)  provides that an attorney may request permission of the Court to withdraw as counsel of record if the client:

(4) by other conduct renders it unreasonably difficult for the member

    to carry out representation effectively

If a reason is given, an attorney should normally be permitted to withdraw unless prejudice to any party would result. Ramirez v. Sturdevant, (1994) 21 Cal. App 4th 904.

Accordingly, Moran Law Group should be permitted to withdraw as counsel of record.

MORAN LAW GROUP

Date: _5/20/2026_____    /s/ CATHLEEN COOPER MORAN
                            _____
                            CATHLEEN COOPER MORAN