MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MART ALBERT HAITJEMA AND | ) | Bankruptcy No. 25-30702 |
| ELAINE WAIYIN CHOW, | ) | |
| | ) | Date: June 17, 2026 |
| | ) | Time:  1:00  p.m. |
| | ) | Place: in/via/Tele/Video conference |
| Debtors. | ) | |
| _____ | ) | HON. HANNAH L. BLUMENSTIEL |

**NOTICE OF HEARING ON MORAN LAW GROUP'S MOTION TO
<u>WITHDRAW AS COUNSEL OF RECORD</u>**

Please take note that on June 17, 2026 at 1:00 p.m. in the Courtroom of the

Honorable Bankruptcy Judge Hannah Blumenstiel, the Moran Law Group will move the

court for an order relieving it of the representation of the debtors herein.

The motion is based on the notice of motion, declaration and points and authorities

filed herewith.

The hearing will be conducted only via Zoom.   The court's website offers

information explaining how to arrange an appearance at a video hearing.   If you have

questions about how to participate in a video hearing , you may contact the court by

calling

/ / /

888-821-7606 or by using the Live Chat feature on the court's website.

MORAN LAW GROUP

Date: _____5/20/2026_____    /s/ CATHLEEN COOPER MORAN
                                  _____
                                  CATHLEEN COOPER MORAN
                                  Attorney for Debtors

.