**Entered on Docket**
**May 26, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: May 26, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 25-30702 HLB |
| MART ALBERT HAITJEMA and ELAINE WAI YIN CHOW, | Chapter 13 |
| Debtors. | |

**ORDER REGARDING TRUSTEE'S MOTION TO DISMISS**

This case is scheduled to come before the court on June 17, 2026 for a hearing on a motion to dismiss[1] filed by Martha G. Bronitsky, Chapter 13 Trustee. Debtors Mart Albert Haitjema and Elaine Wai Yin Chow opposed[2] the Motion.

Accordingly, the court **ORDERS** as follows:

**1.** Debtors shall confirm a plan no later than **August 19, 2026.**

**2.** The court will not approve any further extensions of this deadline absent extraordinary cause.

**3.** If Debtors fail to timely comply with this order, the Chapter 13 Trustee shall file a declaration attesting to Debtors'

[1] Dkt. 39 (the "Motion").

[2] Dkt. 46.



Case: 25-30702 Doc# 59 Filed: 05/26/26 Entered: 05/26/26 11:50:23 Page 1 of 3

noncompliance and shall upload an order of dismissal, which the court will enter without further notice or hearing.

**4.** The June 17 hearing is hereby **VACATED.**

****END OF ORDER****



Case: 25-30702 Doc# 59 Filed: 05/26/26 Entered: 05/26/26 11:50:23 Page 2 of 3

**Court Service List**