**Entered on Docket**
**June 17, 2026**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: June 17, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Mart Albert Haitjema<br><br>Elaine Waiyin Chow<br><br><br>debtor(s) | Chapter 13 Case No. 25-30702-HLB13<br><br><br>Hearing: June 17, 2026<br>Time: 1:30 p.m.<br>Courtroom:  Via Zoom Teleconference |

### ORDER SUSTAINING THE CHAPTER 13 TRUSTEE'S OBJECTION TO EXEMPTION

A hearing was held regarding the Chapter 13 Trustee's Objection to Exemption

Good cause appearing and for the reasons stated on the record, IT IS ORDERED:

The Objeciton is sustained.  The Debtors must file an Amended Schedule C

within 10 days of the entry of this order.

END OF ORDER

# COURT SERVICE LIST