**Fill in this information to identify your case:**

Debtor 1     Mart Albert Haitjema
            First Name            Middle Name           Last Name

Debtor 2     Elaine WaiYin Chow
(Spouse if, filing)    First Name            Middle Name           Last Name

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number    25-30702
(if known)

☒ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☒ You are claiming state and federal nonbankruptcy exemptions.     11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.     11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1919 Broderick St, San Francisco, CA 94115<br>San Francisco County<br>Line from *Schedule A/B*: 1.1 | $1,761,480.00 | ☒    $410,661.38<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2019 BMW XDrive 30i 58000 miles<br>Line from *Schedule A/B*: 3.1 | $21,991.00 | ☒    $8,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| furniture, appliances<br>Line from *Schedule A/B*: 6.1 | $3,500.00 | ☒    $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| 2 laptops, 2 TVs, 2 cellphones<br>Line from *Schedule A/B*: 7.1 | $1,800.00 | ☒    $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| skis, tennis rackets<br>Line from *Schedule A/B*: 9.1 | $200.00 | ☒    $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 25-30702    Doc# 66    Filed: 06/26/26    Entered: 06/26/26 20:31:53    Page 1 of 3

| Debtor 1 | Mart Albert Haitjema | | | |
|---|---|---|---|---|
| Debtor 2 | Elaine WaiYin Chow | | Case number (if known) | 25-30702 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| wearing apparel and accessories<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☒ | $500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| engagement ring, wedding band<br>Line from *Schedule A/B*: 12.1 | $6,000.00 | ☒ | $6,000.00 | C.C.P. § 704.040 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| SoFi<br>Account Number: -4146<br>Line from *Schedule A/B*: 17.2 | $2,858.85 | ☒ | $2,858.85 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| SoFi<br>Account Number: -1693<br>Line from *Schedule A/B*: 17.6 | $29,576.90 | ☒ | $16,378.00 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Wells Fargo Brokerage IRA<br>Line from *Schedule A/B*: 21.7 | $0.13 | ☒ | $0.13 | 11 U.S.C. § 522(b)(3)(C) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Wells Fargo WellsTrade IRA -1603<br>Line from *Schedule A/B*: 21.8 | $168,786.49 | ☒ | $168,786.49 | 11 U.S.C. § 522(b)(3)(C) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| BrightStart 529 acct.<br>Line from *Schedule A/B*: 24.1 | $702.00 | ☒ | $702.00 | C.C.P. § 704.105 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| California Scholarshare 529 account for son<br>Line from *Schedule A/B*: 24.2 | $209.00 | ☒ | $209.00 | C.C.P. § 704.105 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☒ No

    ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 25-30702    Doc# 66    Filed: 06/26/26    Entered: 06/26/26 20:31:53    Page 2 of 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mart Albert Haitjema | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Elaine WaiYin Chow | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    25-30702
(if known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Mart Albert Haitjema                          X /s/ Elaine WaiYin Chow
Mart Albert Haitjema                                    Elaine WaiYin Chow
Signature of Debtor 1                                   Signature of Debtor 2

Date    June 26, 2026                                    Date    June 26, 2026

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy