Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone: (707) 280-2791
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor
Mart Albert Haitjema and
Elaine WaiYin Chow

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MART ALBERT HAITJEMA AND ELAINE WAIYIN CHOW<br><br>Debtor(s) | Case No. 25-30702 HB<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON OBJECTIONS OF CREDITORS YU AND HO AND CHAPTER 13 TRUSTEE TO DEBTORS' CHAPTER 13 PLAN**<br><br>Date: August 19, 2026<br>Time: 1:00 PM<br>Judge: Hon. Hannah L. Blumenstiel<br>Location: Via Tele/Videoconference |

**TO CREDITORS GEORGE YU and FRANCES HO, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please Take Notice. At the above date, time and place, the Bankruptcy Court will consider the objection of Creditor George Yu and Francis Ho filed on 10/16/2025 (Doc. 24), and the objection of the Chapter 13 Trustee filed on 3/02/2026 (Doc. 32), to the Chapter 13 Plan of Debtors Mart Albert Haitjema and Elaine WaiYin Chow.

This hearing is noticed with 28 days minimum notice pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 2002(b)(3) and Local Rule B.L.R. 9014-1(c)(2).

If you do not want the court to overrule your objections, you should attend the hearing scheduled to be held on August 19, 2026 , at 1:00 PM Via Tele/Videoconference, United States Bankruptcy Court. A link to appear remotely can be found at:

https://www.canb.uscourts.gov/judge/blumenstiel/calendar.

Dated: July 21, 2026

/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor
Mart Albert Haitjema and
Elaine WaiYin Chow