**DIEMER & WEI, LLP**

Kathryn S. Diemer, SBN 133977
Susan B. Luce, SBN 120843
55 South Market St., Ste 1420
San Jose, CA 95113
Tel: 408-971-6270
Fax:408-971-6271
kdiemer@diemerwei.com
sluce@diemerwei.com

Attorneys for Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**MART ALBERT HAITJEMA and ELAINE WAIYIN CHOW,**<br><br>**Debtors** | **Case No. 25-30702 – 13 – HLB**<br><br>**GEORGE YU AND FRANCES HO's SUPPLEMENTAL OPPOSITION TO DEBTORS' OBJECTION TO CLAIM 3-1 and DEBTORS' REQUEST FOR ESTIMATION OF CLAIM BANKRUPTCY RULE 3007; 11 U.S.C. § 502(c)**<br><br>**Date: August 19, 2026**<br>**Time: 1:00 P.M. (PDT)**<br>**Place: in/via Tele/Videoconference ZOOM only**<br><br>**Honorable Hannah L. Blumenstiel** |

On August 5, 2026, George Yu and Frances Ho ("Creditors") filed their Opposition to the Debtors' Objection to their Claim, #3-1. On August 6, 2026, Venable, LLP was able to re-notice its *Motion for Fees.* The Superior Court of San Francisco is to hear the matter on September 1, 2026, at 9:30. This information was not available at the time Creditors filed their Opposition.

The Superior Court's docket is available at: https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC23607795&SessionID=4B883A5A023077168A6E1DAE2D13AA96A8359FB2 . A copy of the Docket page showing the hearing date is attached hereto for the Court's convenience.

Creditors respectfully request their Motion for Fees and Costs be heard by the Superior Court on September 1, 2026. However, should this Court decide to estimate Creditors' claim, Creditors respectfully request the full amount of fees and costs requested in their Claim # 3-1 be approved as the estimated amount of Creditors' claim.

DATED: August 11, 2026

DIEMER & WEI, LLP

/s/ Susan B. Luce
Susan B. Luce

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC23607795
Title: GEORGE CHIH-LUN YU ET AL VS. MART ALBERT HAITJEMA ET AL
Cause of Action: QUIET TITLE - REAL PROPERTY
Generated: 2026-08-11 5:47 pm

Register of Actions Parties Attorneys Calendar Payments Documents

**Please Note: The "View" document links on this web page are valid until 5:57:29 pm After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show 10 entries Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2026-08-06 | DECLARATION OF ZOE GALLAGHER IN SUPPORT OF MOTION FOR FEES (TRANSACTION ID # 80253594) FILED BY PLAINTIFF YU, GEORGE CHIH-LUN , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 HO, FRANCIS , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 | View | |
| 2026-08-06 | NOTICE OF MOTION AND MOTION FOR FEES (TRANSACTION ID # 80253594) FILED BY PLAINTIFF YU, GEORGE CHIH-LUN , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 HO, FRANCIS , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 HEARING SET FOR SEP-01-2026 AT 09:30 AM IN DEPT 501 | View | $60.00 |
| 2026-07-13 | ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF | View | |
| 2026-06-26 | REAL PROPERTY/HOUSING MOTION 501, PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF IS DENIED WITHOUT PREJUDICE. NO AUTHORITY IS PROVIDED IN THE MOVING PAPERS AUTHORIZING THE RELIEF SOUGHT AT THIS PROCEDURAL STAGE OF THE LITIGATION BY A MOTION IN A LAW AND MOTION DEPARTMENT POST-JUDGMENT. PREVAILING PARTY TO SUBMIT PROPOSED ORDER THAT IS IN COMPLIANCE WITH CRC 3.1312(B).JUDGE: CHARLES F. HAINES; CLERK: K. VALDES; NOT REPORTED. (D501) | | |
| 2026-06-26 | MINI MINUTES FOR JUN-26-26 09:30 AM FOR DEPT 501 | | |
| 2026-06-18 | DECLARATION OF ZOE GALLAGHER IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF (TRANSACTION ID # 79822872) FILED BY PLAINTIFF YU, GEORGE CHIH-LUN , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 HO, FRANCIS , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 | View | |
| 2026-06-18 | REPLY IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF (TRANSACTION ID # 79822872) FILED BY PLAINTIFF YU, GEORGE CHIH-LUN . TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 HO, FRANCIS , TRUSTEES OF THE GEORGE CHIH-LUN YU AND FRANCES HO AB LIVING TRUST DATED JUNE 14, 2004 | View | |
| 2026-06-12 | PROOF OF SERVICE (ON DEFENDANTS' OPPOSITION DOCUMENTS TO MOTION FOR INJUNCTIVE RELIEF) (TRANSACTION ID # 79744906) FILED BY DEFENDANT HAITJEMA, MART ALBERT CHOW, ELAINE | View | |
| 2026-06-12 | DECLARATION OF SCOTT EMLIDGE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF (TRANSACTION ID # 79744906) FILED BY DEFENDANT HAITJEMA, MART ALBERT CHOW, ELAINE | View | |
| 2026-06-12 | DECLARATION OF MART HAITJEMA IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF (TRANSACTION | View | |


Case: 25-30702 Doc# 81 Filed: 08/11/26 Entered: 08/11/26 18:34:48 Page 3 of 4

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| | ID # 79744906) FILED BY DEFENDANT HAITJEMA, MART ALBERT<br>CHOW, ELAINE | | |

Showing 1 to 10 of 246 entries

Previous 1 2 3 4 5 ... 25 Next



Case: 25-30702 Doc# 81 Filed: 08/11/26 Entered: 08/11/26 18:34:48 Page 4 of 4