DIEMER & WEI, LLP
Kathryn S. Diemer, SBN 133977
Susan B. Luce, SBN 120843
55 S. Market St. STE 1420
San Jose, CA 95113
Tel: 408-971-6270
Fax:408-971-6271
Email: sluce@diemerwei.com

Attorneys for George Yu and
Frances Ho

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN Re:<br><br>**Mart Albert Haitjema and Elaine WaiYin Chow,**<br><br>**Debtors.** | **Case No. 25-30702**<br><br>**Chapter 13**<br><br>**PRE-HEARING STATEMENT**<br><br>**Date: Augus 19, 2026**<br>**Time: 1:00 PM (PDT)**<br>**Via Tele-video Conference**<br><br>341a Meeting: 10/16/2025<br>Initial Confirmation Date: 11/19/202<br><br>**The Honorable Hannah Blumenstiel** |

On October 16, 2025, Creditors, George Yu and Frances Ho, objected to the confirmation of Debtor's proposed Chapter 13 Plan which had been filed on October 9, 2025. The Objection raised, in part, questions about the accuracy of Debtors' Schedules, which had also been filed on October 9, 2025.

On May 4, 2026, Debtors filed an Amended Schedule A/B which responded to some of the concerns raised in the Creditors' objection to Plan and left others still in question. Creditors believed the Debtors were not acting in good faith, pursuant to *In Re Strong,* 661 B.R. 638, 652-659, (BC CD CA 2024). Creditors' concerns of inadequate identification and/or failure of



Case: 25-30702 Doc# 86 Filed: 08/13/26 Entered: 08/13/26 19:37:38 Page 1 of 2

inclusion or misstatement of assets persist, despite the Amended A/B Schedule. Creditors raised the following concerns:

1. Mart Haitjema has worked at Microsoft for many years. He listed 480 stock options as unvested with a value of 0. The Amended AB lists 488 unvested options with a value of "Unknown". It is likely that some or all of the options have vested by now and that they have a determinable value. Microsoft was trading at $508.87 at the time of the original objection. On August 13, 2026, it traded at $496.88. Debtors have not addressed this concern about the accuracy of the listed assets.
2. Debtors have changed some of the values of the assets they possessed on the day of filing. For example, Item 12 – Jewelry listed an engagement ring and wedding band at $15,000. The Amended Schedule lists the jewelry at $6,000.
3. Debtors still have not provided any information concerning Item 33, a bad faith claim against its insurer or its value. It is unknown if the claim is still viable.
4. At Item 35, Debtors listed cryptocurrency, Coinbase, and Microsoft ESPP Fidelity with a combined value of $17,061.00. The Amended A/B shows the value of the cryptocurrency at $9.00 (Item 53) and Microsoft ESPP at $5,265.00. No information about amounts or the reason(s) for the discrepancy is provided.

The Debtors have filed an Amended Plan and, per its accompanying Notice, Creditors have until August 18, 2026, to file their objection to the Amended Plan. While some of the above issues remain, Creditors will address them with the Debtors and in their objection to the Amended Plan.

DATED: August 13, 2026

**Diemer & Wei, LLP**

*/s/ Kathryn S. Diemer*
Kathryn S. Diemer
Attorneys for Creditors Yu and Ho