Entered on Docket
August 19, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 19, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MART ALBERT HAITJEMA and ELAINE WAIYIN CHOW,<br><br>Debtors. | Case No. 25-30702 HLB<br><br>Chapter 13 |

**ORDER SUSTAINING OBJECTIONS TO CONFIRMATION, DENYING DEBTORS' EX PARTE APPLICATION, AND DISMISSING CASE**

This case came before the court on August 19, 2026 for a hearing on objections to confirmation filed by Standing Chapter 13 Trustee Martha Bronitsky[1] and by creditors George Yu and Frances Ho.[2] The court also considered an Ex Parte Application to Extend Deadline to Confirm Plan filed by Debtors Mart Albert Haitjema and Elaine WaiYin Chow.[3] Appearances were as noted on the record.

At the conclusion of the August 19 hearing, during which the court heard argument from counsel for all parties concerning the objections to confirmation and the Ex Parte Application, the court issued an oral ruling, explaining its

[1] Dkt. 32, as amended by Dkt. 84.

[2] Dkt. 24.

[3] Dkt. 88 (the "Ex Parte Application").

rationale in detail. Accordingly, for the reasons stated on the record, the court **ORDERS** as follows:

**1.** The objections to confirmation filed by Ms. Bronitsky and by George Yu and Frances Ho are hereby **SUSTAINED;**

**2.** The Ex Parte Application is hereby **DENIED; and**

**3.** Consistent with the court's May 26, 2026 Order Regarding Trustee's Motion to Dismiss,[4] this case is hereby **DISMISSED**, effective immediately.

****END OF ORDER****

[4] Dkt. 59.



Case: 25-30702 Doc# 90 Filed: 08/19/26 Entered: 08/19/26 15:10:57 Page 2 of 3

## Court Service List

[None]