**Fill in this information to identify the case:**

Debtor 1 ___Mart Albert Haitjema___

Debtor 2 ___Elaine WaiYin Chow___
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern___ District of ___California___
(State)

Case number ___25-30702___

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Computershare Delaware Trust Company, not in its individual capacity but solely as trustee of GS Mortgage-Backed Securities Trust 2025-HE1

**Court claim no.** (if known): ___5-1___

**Last four digits** of any number you use to identify the debtor's account: ___1515___

**Date of payment change:**
Must be at least 21 days after date of this notice ___07/01/2026___

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3* ___$1,501.80___

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment** $ _____     **New principal and interest payment:** $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   ☐ No
   ☒ Yes

   **Current HELOC payment:** $1,551.86

   **Reconciliation amount:** + $ N/A     or

   ‒ $50.06

   **Amount of next payment (including reconciliation amount)** $1,501.80

   **Amount of the new payment thereafter (without reconciliation amount)** $1,501.80

## Part 4:   Other Payment Change

**4.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No

☐  Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:** _____

**Current mortgage payment:**   $ _____      **New mortgage payment:**   $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐          I am the creditor.

☒          I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Shelby Mashigian _____        Date   06/10/2026 _____

   Signature

Print:         Shelby Mashigian _____        Title   Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing
          First Name      Middle Name      Last Name

Company         Bonial & Associates, P.C. _____

Address         14841 Dallas Parkway, Suite 350 _____
          Number                 Street

          Dallas, Texas  75254 _____
          City                 State                 Zip Code

Contact phone         (972) 643-6600 _____        Email         POCInquiries@BonialPC.com _____

Official Form 410S Case 25-30702     Doc#     Filed 06/10/26 Notice of Mortgage Payment Change Entered 06/10/26 14:11:43     Page 2 of 4 Page 2

7770-N-2540

**CERTIFICATE OF SERVICE OF PAYMENT CHANGE NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and

served upon the following parties in interest on or before June 10, 2026 via U.S. Mail.  All otherparties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                              *Via U.S. Mail*
Mart Albert Haitjema
1919 Broderick St.
San Francisco, CA 94115

**Debtor**                              *Via U.S. Mail*
Elaine WaiYin Chow
1919 Broderick St.
San Francisco, CA 94115


                                        Respectfully Submitted,

                                        /s/ Shelby Mashigian
                                        Shelby Mashigian

PAYMENT CHANGE NOTICE - CERTIFICATE OF SERVICE                    7770-N-2540

# Notice of Mortgage Payment Change: Addendum

The monthly payment consists of accrued finance charges on the Principal Balance as defined in the agreement attached to the Proof of Claim. As such, ongoing post-petition payments can change each month depending on the account balance during each billing cycle.